# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO. 17-CV-4187 (WMW/KMM)

---

Susan Glazewski,

    Plaintiff,

v.

Citibank, N.A.,

    Defendant.

**NOTICE OF VOLUNTARY DISMISSAL**

---

Susan Glazewski dismisses all claims in this action against Citibank, N.A. in full and with prejudice immediately under Fed. R. Civ. P. 41(a)(1)(A)(i).

Date: March 30, 2018

/s/ Bennett Hartz
Curtis K. Walker #113906
Andrew C. Walker #392525
Bennett Hartz #393136
Alyssa F. George #396799
Walker & Walker Law Offices, PLLC
4356 Nicollet Avenue South
Minneapolis, MN 55409
(612) 824-4357
***Attorneys for Plaintiff***